UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVONNE STOUT,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C19-1994-MLP

ORDER

This matter is before the Court on the Commissioner's unopposed motion for extension of time.[1] (Dkt. # 8.) The Commissioner moves for a 28-day stay as it works to regain its capacity to produce the certified transcript of record necessary to submit an answer in this matter. (*Id.*) The Commissioner represents that the current COVID-19 pandemic has impacted operations in the Office of Appellate Operations that is responsible for physically producing the transcript. (*Id.*) Specifically, the Commissioner states staff members are teleworking and therefore unable to perform in-person physical tasks associated with preparing transcripts. (*Id.*) The Commissioner

---

[1] The Commissioner's motion is fashioned as a motion for extension of time but requests a stay of proceedings. (Dkt. # 8 at 1.)

ORDER - 1

represents that although it is working to find a solution, it has yet to do so. (*Id.*) Plaintiff has no objection to the Commissioner's motion to stay. (Dkt. # 10.)

      The Court is cognizant of the impact COVID-19 has had on all parties to litigate social security matters. However, in the interest of adjudicating this matter efficiently, the Court declines the Commissioner's request for a stay. Instead, the Court grants the Commissioner a 28-day extension to either obtain the required transcript and submit an answer or seek an additional extension.

      Dated this 29th day of April, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2